AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

V.

**DEWAYNE KEITH THOMPSON**

Case 1:19-mj-0050
Assigned To: Magistrate Judge Robin M. Meriweather
Date Assigned: 03/07/2019
Description: Rule 5 Arrest Warrant

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest **DEWAYNE KEITH THOMPSON** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 751: Escape from custody

Peter A. Moore, Jr.
Name of Issuing Officer

*Nich Bullock*
Signature of Issuing Officer by Deputy Clerk

Recommended Bond: DETENTION

Clerk of Court
Title of Issuing Officer

February 21, 2019 - RALEIGH, NORTH CAROLINA
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

Washington, DC

| DATE RECEIVED 2/22/2019 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 3/7/2019 | Terrence Joyner DUSM | |