UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-59-D(4)

FILED IN OPEN COURT
ON 2-21-19
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA )
)
v. ) INDICTMENT
)
DEWAYNE KEITH THOMPSON )

The Grand Jury charges that:

On or about February 5, 2019, in the Eastern District of North Carolina, the defendant, DEWAYNE KEITH THOMPSON, did knowingly escape from custody in Cavalcorp, Ltd., Residential Re-Entry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the District of Columbia Superior Court upon conviction for Unlawful Possession of a Firearm and the Unauthorized Use of a Motor Vehicle, in violation of Title 18, United States Code, Section 751.

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

DATE: 2/20/19

ROBERT J. HIGDON, JR.
United States Attorney

*[signature]*

BY: ROBERT J. DODSON
Assistant United States Attorney

I certify the foregoing to be a true and correct copy of the original.
Peter A. Moore, Jr., Clerk
United States District Court
Eastern District of North Carolina

By: *[signature]*
Deputy Clerk

1